**Electronically Filed
Supreme Court
SCAP-19-0000457
03-MAR-2023
12:20 PM
Dkt. 19 ODMR**

SCAP-19-0000457

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MAKILA LAND CO., LLC,
Plaintiff-Appellee,

vs.

JONAH KEʻEAUMOKU KAPU, JOHN PAUL KAPU,
Defendants-Appellants.

---

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CAAP-19-0000457; CIV. NO. 12-1-0488)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Defendants-Appellants' motion for reconsideration of the memorandum opinion filed February 14, 2023, and the record herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, March 3, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

